UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

THOMAS VIRGIL HODO,

    Defendant.

Case No. CR99-45L

ORDER DENYING MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

This matter comes before the Court on defendant's Motion to Modify Conditions of Supervised Release (Dkt. # 114). Defendant asks this Court to suspend the balance of his electronic home monitoring obligation, which will end on August 11, 2005. He asserts that the restrictions imposed by the electronic home monitoring have limited his work opportunities and increased his financial hardships. Although this Court is not insensitive to defendant's situation, he has not presented sufficiently compelling circumstances to warrant suspending his electronic home monitoring. Accordingly, defendant's motion is DENIED.

DATED this 27th day of July, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO MODIFY
CONDITIONS OF SUPERVISED RELEASE