UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR-99-0045-RSL |
| Plaintiff, ) | |
| ) | SUMMARY REPORT OF U.S. |
| v. ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| THOMAS VIRGIL HODO, ) | OF SUPERVISED RELEASE |
| ) | |
| Defendant. ) | |
| _____ ) | |

A probation revocation hearing on supervised release violations was held before the undersigned Magistrate Judge on December 20, 2005. The United States was represented by Assistant United States Attorney Sue Harrison, and the defendant by Mr. Lee Covell. The proceedings were recorded on cassette tape.

The defendant had been sentenced on or about September 10, 1999, on a charge of conspiracy to make, possess and utter counterfeited securities. The defendant was sentenced to twenty-four months in custody followed by three years of supervised release.

In an Petition for Summons dated November 10, 2005, U.S. Probation Officer Jerrod Akins alleged the defendant committed the following violations of the conditions of his supervised release:

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

1. Consuming marijuana on or before October 7, 2005, in violation of standard condition No. 7.

2. Possessing marijuana on October 20, 2005, in violation of the general condition that he not illegally possess a controlled substance;

3. Consuming alcohol on or before November 7, 2005, in violation of the special condition that he refrain from the use of alcohol;

4. Obtaining a new line of credit without the permission of the probation officer, in violation of the special condition that he be prohibited from incurring new credit charges or opening additional lines of credit without the approval of his U.S. Probation Officer;

5. Associating with Richard Laffey, a convicted felon, in violation of standard condition No. 9;

6. Failing to submit a truthful and complete written monthly report for the months of June 2005 through November 2005, in violation of standard condition No. 2; and

7. Failing to submit to drug testing as instructed on November 2 and November 4, 2005, in violation of the special condition that he participate as instructed in a program approved by the probation office for the treatment of narcotic addition, drug dependency, or substance abuse, which may include testing to determine if he has reverted to the use of drugs or alcohol.

At the probation revocation hearing on December 20, 2005, defendant was advised in full as to the charges of violating the conditions of his supervised released, and as to his constitutional rights. The defendant admitted the violations, and waived any evidentiary hearing as to whether they occurred.

I therefore recommend that the Court find the defendant violated the conditions of his supervised release, and that the Court conduct a hearing limited to the issue of disposition. The disposition hearing has been set before The Hon. Robert S. Lasnik, Chief Judge, on January 4, 2006, at 9:00 a.m.

01     Pending a final determination by the Court, the defendant has been detained.

02     DATED this 20th day of December, 2005.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

06 cc:   District Judge:           The Hon. Robert S. Lasnik, Chief Judge
      AUSA:                   Ms. Susan Harrison
      Defendant's attorney:   Mr. Lee Covell
      Probation officer:      Mr. Jerrod Akins